UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Marie C. Olivier

Case No.: 17-32495 (RG)

Chapter: 7

Judge: Rosemary Gambardella

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> James J. Waldron
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on July 10, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 347 Van Nostrand Ave., Jersey City, NJ, having a fair market value of $250,000.00.

> Liens on property:
>
> SN Servicing Corp.
> $438,648.00

> Amount of equity claimed as exempt: None claimed

Objections must be served on, and requests for additional information directed to:

Name: Lori Capasso
Address: Forman Holt, 66 Route 17 North, Paramus, NJ 07652
Telephone No.: 201-845-1000

F0023344 - 1

United States Bankruptcy Court
District of New Jersey

In re:                                              Case No. 17-32495-RG
Marie C Olivier                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin          Page 1 of 1         Date Rcvd: Jun 06, 2018
                       Form ID: pdf905       Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.
```
db           +Marie C Olivier,    347 Van Nostrand Ave,    Jersey City, NJ 07305-1308
517163543    +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
517402136     JDRMDBP & PB LLC,    C/O SN Servicing Corporation,    325 5th Street,    Eureka, CA 95501
517163539    +Meadowlands Pinnacle Anesthesia,    55 Meadowlands Pkwy,    Secaucus, NJ 07094-2977
517229909     U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
               Harrisburg, PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2018 00:35:55     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2018 00:35:52     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 07 2018 00:31:46
               Capital One Auto Finance, a division of Capital On,    PO box 165028,    Irving, TX 75016-5028
517163541     E-mail/Text: ebn@americollect.com Jun 07 2018 00:36:02     Americollect Inc,    Po Box 1566,
               1851 S Alverno Rd,    Manitowoc, WI 54221
517163538    +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jun 07 2018 00:49:01
               Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
517173877    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 07 2018 00:32:47
               Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
               4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517200329    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 07 2018 00:48:25
               Capital One Auto Finance, c/o AIS Portfolio Servic,    P.O. Box 4360,    Houston, TX 77210-4360
517163542    +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 07 2018 00:36:54
               Credit Collection Service,    Po Box 773,    Needham, MA 02494-0918
517163540     E-mail/Text: bknotices@snsc.com Jun 07 2018 00:36:54     SN Servicing Corporation,
               Customer Service Dept,    323 Fifth St,    Eureka, CA 95501
517163544    +E-mail/Text: collect@williamsalexander.com Jun 07 2018 00:35:15     Waassociates,   Po Box 2148,
               Wayne, NJ 07474-2148
                                                                                              TOTAL: 10
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    JDRMDBP & PB LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Denise E. Carlon    on behalf of Creditor    JDRMDBP & PB LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harvey I. Marcus    on behalf of Debtor Marie C Olivier him@lawmarcus.com
              Rebecca Ann Solarz    on behalf of Creditor    JDRMDBP & PB LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```