Page 1
United States Bankruptcy Court
District of New Jersey -- Newark
---------------------------------

**Caption in Compliance with D. N.J. LBR 9004-1**
Fitzgerald & Associates, P.C.
      By Nicholas Fitzgerald Esq.
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
(201) 533-1100
Attorneys for Debtor

Order Filed on August 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY --- NEWARK
----------------------------------X
In Re:                              Case No: 17-32495-RG
     Marie C. Olivier
                                         CHAPTER 7
                                    Hon. Rosemary Gambardella
                                         U.S.B.J.

         Debtor                     Hg. Date: 8/13/2024
----------------------------------X

**ORDER RE-OPENING CASE AND REQUESTING COURT CLERK TO ISSUE THE DEBTOR A DISCHARGE**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 14, 2024**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtor: Marie C. Olivier
Case No. 17-32495-RG
Caption: ORDER RE-OPENING CASE AND REQUESTING COURT CLERK TO ISSUE THE DEBTOR A DISCHARGE

---

THIS MATTER having been opened to the Court by Nicholas Fitzgerald, of Fitzgerald & Associates, PC, the debtor's counsel, upon the debtor's motion for an order re-opening the debtor's case to request the Court Clerk to issue a standard order discharging the debtor with the grounds for the motion being that the debtor did complete a debt management course; and it having been shown that the debtor did complete a debt management course; and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED,** that the debtor's motion for an order re-opening the within case to permit the debtor to obtain a standard discharge from her debts is hereby granted; and it is further

**ORDERED,** that the Clerk of Court shall issue a standard discharge to the debtor which discharge shall be served upon all creditors.