**Page 1**
United States Bankruptcy Court
District of New Jersey -- Newark
----------------------------------

**Caption in Compliance with D. N.J. LBR 9004-1**
Fitzgerald & Associates, P.C.
    By Nicholas Fitzgerald Esq.
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
(201) 533-1100
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY --- NEWARK
---------------------------------X
In Re:                              Case No: 17-32495-RG
    Marie C. Olivier
                                         CHAPTER 7
                             Hon. Rosemary Gambardella
                                    U.S.B.J.

               Debtor            Hg. Date: 8/13/2024
---------------------------------X

Order Filed on August 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER RE-OPENING CASE AND REQUESTING COURT CLERK TO ISSUE THE DEBTOR A DISCHARGE**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 14, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtor: Marie C. Olivier
Case No. 17-32495-RG
Caption: ORDER RE-OPENING CASE AND REQUESTING COURT CLERK TO ISSUE THE DEBTOR A DISCHARGE

------------------------------------------------

THIS MATTER having been opened to the Court by Nicholas Fitzgerald, of Fitzgerald & Associates, PC, the debtor's counsel, upon the debtor's motion for an order re-opening the debtor's case to request the Court Clerk to issue a standard order discharging the debtor with the grounds for the motion being that the debtor did complete a debt management course; and it having been shown that the debtor did complete a debt management course; and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED,** that the debtor's motion for an order re-opening the within case to permit the debtor to obtain a standard discharge from her debts is hereby granted; and it is further

**ORDERED,** that the Clerk of Court shall issue a standard discharge to the debtor which discharge shall be served upon all creditors.

United States Bankruptcy Court

District of New Jersey

In re:  
Marie C Olivier  
    Debtor

Case No. 17-32495-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Aug 15, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Marie C Olivier, 347 Van Nostrand Ave, Jersey City, NJ 07305-1308 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor JDRMDBP & PB LLC brian+ecf@briannicholas.com  bkgroup@kmllawgroup.com |
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Denise E. Carlon | on behalf of Creditor JDRMDBP & PB LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harvey I. Marcus | on behalf of Debtor Marie C Olivier him@lawmarcus.com |
| Nicholas Fitzgerald | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 15, 2024 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Debtor Marie C Olivier fitz2law@gmail.com  nadiafinancial@gmail.com

Rebecca Ann Solarz

on behalf of Creditor JDRMDBP & PB LLC rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8