| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Nicholas Fitzgerald, Esq.,/NF6129<br>Fitzgerald & Associates, Attorneys At Law<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>PH (201) 533-1100<br>Email: NickFitz.Law@gmail.com | Case No.: | 17-32495 |
| | Chapter: | 7 |
| In Re:<br>Marie C. Olivier | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | GAMBARDELLA |

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Marie C. Olivier__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __August 20, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Re-Opening Case and Requesting Court Clerk to Issue the Debtor a Discharge

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __August 20, 2024__

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie C. Olivier<br>16 Culver Avenue<br>Jersey City, NJ 07305 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Charles M. Forman, Chapter 7 Trustee<br>Forman Holt Attorneys At Law<br>365 West Passaic Street<br>Suite 400<br>Rochelle Park, NJ 07662 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brian C. Nicholas, Esq.<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Attorneys for JDRMDBP & PB LLC | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Department of Justice<br>Office of the United States Trustee<br>One Newark Center - - Suite 2100<br>Newark, NJ 07102 | Notice | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

NICHOLAS FITZGERALD
*Admitted in NY and NJ

**FITZGERALD & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
649 NEWARK AVENUE
JERSEY CITY, NJ 07306

NEW YORK OFFICE
521 FIFTH AVENUE, SUITE 3010
NEW YORK, NY 10175
1 800 828 7763

**TELEPHONE (201) 533-1100**
Email: NickFitz.Law@gmail.com

17-32495-RG Marie C Olivier
# Creditors

**Americollect Inc**
Po Box 1566
1851 S Alverno Rd
Manitowoc, WI 54221

**Capital One Auto Finance**
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Capital One Auto Finance, a division of Capital On**
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Capital One Auto Finance, c/o AIS Portfolio Servic**
P.O. Box 4360
Houston, TX 77210

**Credit Collection Service**
Po Box 773
Needham, MA 02494

**FedLoan Servicing**
Attention: Bankruptcy
Po Box 69184
Harrisburg, PA 17106

**JDRMDBP & PB LLC**
C/O SN Servicing Corporation
325 5th Street
Eureka, CA 95501

**Meadowlands Pinnacle Anesthesia**
55 Meadowlands Pkwy
Secaucus, NJ 07094

**SN Servicing Corporation**
Customer Service Dept
323 Fifth St
Eureka, CA 95501

**U.S. Department of Education**
C/O FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

**Waassociates**
Po Box 2148
Wayne, NJ 07474